UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANILO IVAN MORALES GOMEZ, | Case No.  1:26-cv-02272-KES-HBK (HC) |
| Petitioner, | ORDER DENYING PETITIONER'S MOTION TO BE SERVED WITH RESPONSE TO PETITION AS MOOT |
| v. | |
| WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al., | (Doc. 14) |
| Respondents. | |

Pending before the Court is pro se Petitioner's motion requesting service of Respondents' response, an extension of time, and a ruling on his motion for preliminary injunction. (Doc. 14, "Motion").  Petitioner, who is currently detained by Immigration and Customs Enforcement ("ICE"), filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 on March 9, 2026. (Doc. 1, "Petition").

On March 13, 2026, the Court ordered Respondents to file a response and set a briefing schedule. (Doc. 8).  On April 3, 2026, Petitioner filed a motion for status and a motion for preliminary injunction. (Doc. 10).  On April 6, 2026, the assigned district judge referred the motion to the undersigned for further proceedings and directed the Clerk of Court to serve Petitioner with a copy of the March 13, 2026 order. (Doc. 11).  On April 16, 2026, the Court again directed Respondents to respond to both the Petition and the motion for preliminary injunction.  Respondents filed their opposition on April 23, 2026. (Docs. 12, 13).

The Court docketed the instant Motion on May 20, 2026. (Doc. 14).  Petitioner first asserts that he was not served with Respondents' response. (*Id*.).  However, on May 22, 2026, Respondents filed a certificate of service confirming that the response (Doc. 13) was re-served on Petitioner at the Golden State Annex Detention Facility on that date. (Doc. 15).  Accordingly, Petitioner's request for service of the response is denied as moot.

However, considering the delay in Petitioner's receipt of the response, the Court grants Petitioner an extension of time to file an optional reply.  To the extent Petitioner requests a ruling on his motion for preliminary injunction, he is advised that the Court will issue findings and recommendations on both the Petition and the motion as promptly as its caseload permits.

Accordingly, it is ORDERED:

1.  Petitioner's motion for service of Respondents' response (Doc. 14) is DENIED AS MOOT.

2.  Petitioner may file a reply no later than thirty (30) days from the date of this Order.

Dated:    May 22, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE